UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Waylan Malugin

                      Plaintiff,

v.                                   Case No.: 3:15–cv–01117

Mountain States Contractors, LLC

                      Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/23/2017 re [26].

                                                    Keith Throckmorton, Clerk
                                                  s/ Jessica Wayman, Deputy Clerk